UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN GAVRILOVIC,

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.

_____/

Case No. 21-cv-12709

Honorable Nancy G. Edmunds
Magistrate Judge Jonathan J.C. Grey

### ORDER ACCEPTING AND ADOPTING MARCH 25, 2022 REPORT AND RECOMMENDATION [21] TO COMPEL ARBITRATION AND DISMISS CASE

Presently before the Court is the Magistrate Judge's March 25, 2022 Report and Recommendation. (ECF No. 21.) The Magistrate Judge recommends the Court grant Defendant T-Mobile USA, Inc.'s Motion to Compel Arbitration (ECF No. 15) and dismiss this case without prejudice. No party has filed objections. "[T]he failure to object to the magistrate judge's report[ ] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nevertheless, the Court has reviewed the record and the pleadings. The Court agrees with the Magistrate Judge's recommendation. Accordingly, the Magistrate Judge's Report and Recommendation (ECF No. 21) is hereby **ACCEPTED AND ADOPTED**. Defendant T-Mobile USA, Inc.'s Motion to Compel Arbitration (ECF No. 15) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED.**

    Dated: April 11, 2022

    s/ Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 11, 2022, by electronic and/or ordinary mail.

        s/ Lisa Bartlett
        Case Manager